# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LYNN BERRIGAN, ) | 1:10-cv-00165 GSA |
| Plaintiff, ) ) | **ORDER DIRECTING PLAINTIFF TO FILE A CONSENT OR DECLINE TO THE JURISDICTION OF THE MAGISTRATE JUDGE NO LATER THAN OCTOBER 14, 2011** |
| v. ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, ) ) | |
| Defendants. ) ) | |

Although directed to due so previously (*see* Doc. 5 [Scheduling Order dated 2/3/10]), Plaintiff has not yet indicated whether or not she consents to the jurisdiction of the magistrate judge. Therefore, Plaintiff shall complete the form, consenting to the jurisdiction of the undersigned, or requesting the assignment of a district court judge. Plaintiff shall file the form with this Court no later than October 14, 2011. Finally, the Clerk of the Court is directed to provide Plaintiff with a Consent to Assignment or Request for Reassignment form for her use.

IT IS SO ORDERED.

Dated: **September 21, 2011**         /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

1